PER CURIAM.
Affirmed. See United States v. Dominguez, 604 F.2d 304 (4th Cir.1979), cert. denied, 444 U.S. 1014, 100 S.Ct. 664, 62 L.Ed.2d 644 (1980); United States v. Lanier, 578 F.2d 1246 (8th Cir.), cert. denied, 439 U.S. 856, 99 S.Ct. 169, 58 L.Ed.2d 163 (1978); United States v. Zuniga-Lara, 570 F.2d 1286 (5th Cir.), cert. denied, 436 U.S. 961, 98 S.Ct. 3080, 57 L.Ed.2d 1128 (1978); Volusia County Bank v. Bigelow, 45 Fla. 638, 33 So. 704 (1903); Hines v. State, 425 So.2d 589 (Fla. 3d DCA 1982), rev. denied, 430 So.2d 452 (Fla.1983); McElveen v. State, 415 So.2d 746 (Fla. 1st DCA 1982); Sims v. State, 184 So.2d 217 (Fla. 2d DCA 1966).